JS-6

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE QUINONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DELTA AIR LINES, INC. a Delaware Corporation, and DOES 1 through 25, Inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-06488-AB(AFMx)<br><br>[~~PROPOSED~~] ORDER RE: DISMISSAL OF ENTIRE ACTION **WITH PREJUDICE** |

1

## ORDER

The Court, having considered the parties' Joint Stipulation to Dismiss Entire Action With Prejudice, and finding good cause therefor, adopts the terms thereof as the Order of the Court, and hereby orders that Case No. 2:15-cv-06488-AB(AFMx) be dismissed in its entirety with prejudice.

Dated: December __7__, 2015.

_____
Hon. Andre Birotte, Jr.